ACCEPTED
01-15-00252-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 5:18:53 PM
CHRISTOPHER PRINE
CLERK

3/16/2015 8:15:07 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4520785
By: Phyllis Washington
Filed: 3/16/2015 8:15:07 PM

No. 2008-48663

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 5:18:53 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| ALZO PREYEAR, ET AL. | § | IN THE 281ST JUDICIAL |
| | § | |
| | § | |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| KUMAR KANDSASMY AND | § | |
| ADVANCED PLATINUM | § | |
| SOLUTIONS, INC. | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

ALZO PREYEAR, Plaintiff in the above-entitled and numbered cause, hereby gives notice of a desire to appeal to the Court of Appeals for the First Supreme Judicial District of Texas, by attraction, from the Final Judgment in this cause rendered on the 2nd day of January, 2015.

Respectfully submitted,

By: /s/ Joseph R. Willie, II, D.D.S., J.D.
Joseph R. Willie, II, D.D.S., J.D.
4151 Southwest Freeway, Suite 490
Houston, Texas 77027
(713) 659-7330
(713) 599-1659 (FAX)
SBOT# 21633500
attyjrwii@wisamlawyers.com

ATTORNEY FOR APPELLANT
ALZO PREYEAR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via e-service to Lori A. Hood, 919 Milam Street, Suite 1700, Houston, Texas 77002 and Jeffery A. Addicks, 3040 Post Oak Boulevard, Suite 1020, Houston, Texas 77056, on the 16th day of March, 2015.

/s/ Joseph R. Willie, II, D.D.S., J.D.
Joseph R. Willie, II, D.D.S., J.D.